

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00189-CR

| | | |
|---|---|---|
| NATHANIEL DALONE PICKROM JR., Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1591370R) |
| V. | § | April 9, 2020 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's costs assessed should be deleted and the judgment affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
        Justice Dana Womack